UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-24726-CIV-SMITH

ALBERTO GUEVARA,

    Plaintiff,

v.

FLORIDA EAST COAST RAILWAY LLC,

    Defendant.

_____/

**ORDER AFFIRMING REPORT AND RECOMMENDATION**

This matter is before the Court on Magistrate Judge Lauren Louis' Report and Recommendation [DE 90]. Plaintiff has objected to the Report and Recommendation on grounds that he does "not recall agreeing with defendant's tax cost" and that his attorneys "misrepresented" him. (Mot. to Object [DE 95].) However, as Defendant correctly points out in its Response [DE 97], this is not a proper objection, as it lacks specificity and legal support. *See Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989) ("[T]o challenge the findings and recommendations of the magistrate, a party must . . . [file] written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection."); S.D. Fla. Mag. L.R. 4 (objections must state the specific basis for the objection, specific portions of the report being objected to, and contain supporting legal authority). Moreover, Plaintiff's agreement is irrelevant to the finding that costs should be taxed. *See* R. & R. at 13-14 (relying on Federal Rule of Civil Procedure 54(d)(1) and 28 U.S.C. § 1920 to find that costs are appropriate). Therefore, upon consideration, it is

**ORDERED** that the Report and Recommendation [DE 90] is **AFFIRMED AND ADOPTED**. Accordingly:

1) Defendant's Motion for Attorney's Fees [DE 80] is **DENIED**;

2) Defendant's Motion to Tax Costs [DE 67] is **GRANTED IN PART**, and Defendant is awarded $7,825.48

3) Final Judgment [DE 66] was entered in favor of Defendant, Florida East Coast Railway LLC, and against Plaintiff, Alberto Guevara, on October 3, 2019. On April 29, 2020, Plaintiff's appeal was dismissed. (*See* DE 87.) This case is **DISMISSED WITH PREJUDICE.**

4) All pending motions not otherwise ruled on are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 17th day of September, 2020.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Cc: All parties of record